IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:06CR6-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| JOSH LEE FLYNN | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as to the captioned Defendant only.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment as to this Defendant only is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: June 13, 2006

Lacy H. Thornburg
United States District Judge